# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JERRY H. KOGAN, Defendant. | PO-19-05185-GF-JTJ VIOLATION: 7354412 Location Code: M13 ORDER |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation 7354412 (for a total of $130), and for good cause shown,

IT IS ORDERED that the $130 fine ($100 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354412.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 5th day of September, 2019.

John Johnston
United States Magistrate Judge